IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHANNON ALLEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:10-0045 |
| ) | Judge Trauger |
| CUMBERLAND MEDICAL CENTER, INC., ) | |
| KANN INSTITUTE MEDICAL CAREERS, ) | |
| INC. d/b/a MEDVANCE, AND KIMC ) | |
| INVESTMENTS, L.P., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Given the pendency of two dispositive motions (Docket Nos. 15, 18), it is hereby

**ORDERED** that the initial case management conference scheduled for July 19, 2010 at 1:30 p.m. is **CONTINUED**, to be reset, if appropriate, following a decision on these motions.

It is so **ORDERED.**

Enter this 7th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge