IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHANNON ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:10-cv-0045 |
| ) | Judge Trauger |
| CUMBERLAND MEDICAL CENTER, INC., ) | |
| KANN INSTITUTE FOR MEDICAL ) | |
| CAREERS, INC. d/b/a MEDVANCE, and ) | |
| KIMC INVESTMENTS, L.P., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions for Summary Judgment filed by defendants Kann Institute for Medical Careers, Inc. and KIMC Investments, L.P. (Docket No. 15) and by defendant Cumberland Medical Center, Inc. (Docket No. 18) are **GRANTED**. The plaintiff's Complaint is hereby **DISMISSED** with prejudice in its entirety. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 24th day of September 2010.

_____
ALETA A. TRAUGER
United States District Judge